UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS VERDIER and ANDREW LONG,<br><br>Plaintiffs,<br><br>v.<br><br>GREG BOST and LAURIE BOST,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. CV18-5043BHS |

____  **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has ORDERED that judgment is entered in favor of Defendants.

Dated this 25th day of April, 2019.

William M. McCool
Clerk of Court

*Gretchen Craft*
Gretchen Craft, Deputy Clerk

Judgment